1  KIMBERLI C. ZAZZI (SBN: 249638)
   kimberli@lemonlawpro.com
2  LEMON LAW PRO
   1098 Melody Lane, Building 200
3  Roseville, CA 95678
   Tel.: (916) 836-8565
4  Fax: (916) 836-8583

5  Attorneys for Plaintiff
   JON F BLOHM
6
   SPENCER P. HUGRET (SBN: 240424)
7  shugret@grsm.com
   LINDA L. NUSSER (SBN: 132154)
8  lnusser@grsm.com
   GORDON REES SCULLY MANSUKHANI, LLP
9  275 Battery Street, Suite 2000
   San Francisco, CA 94111
10 Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
11
   Attorneys for Defendant
12 FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON F BLOHM,<br><br>                    Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 - 10,<br><br>                    Defendants. | CASE NO.  2:23-CV-00332-DJC-CKD<br><br>**STIPULATED REQUEST FOR ADDITIONAL TIME TO FILE DISMISSAL AND ORDER**<br><br>Complaint Filed:    January 18, 2023<br>Trial Date:              None<br><br>District Judge: Daniel J. Calabretta |

On April 14, 2023, Plaintiff JON F BLOHM ("Plaintiff") and Defendant FORD MOTOR COMPANY (the "Parties") filed a Joint Notice of Settlement [Dkt. 8] advising this Court of the settlement of this case per the execution of a Settlement Agreement and Release on April 13, 2023. In response, this Court filed a Minute Order on April 14, 2023, ordering the Parties to file dispositional documents within

21 days, which is May 5, 2023 [Dkt. 9.]  Given the settlement involves the surrender of a vehicle at a Ford dealership and payment of a third-party lender, the Parties request on additional 45 days from May 5, 2023 to complete the settlement and file a Joint Stipulation of Dismissal of the entire action with prejudice.

Dated: May 8, 2023    **LEMON LAW PRO**

                                     /s/ Kimberli C. Zazzi
                                     Kimberli C. Zazzi
                                     Attorneys for Plaintiff
                                     JON F BLOHM

Dated: May 8, 2023    **GORDON REES SCULLY MANSUKHANI, LLP**

                                     /s/ Linda L. Nusser
                                     Spencer P. Hugret
                                     Linda L. Nusser
                                     Attorneys for Defendant
                                     FORD MOTOR COMPANY

### ORDER

Per the Parties' Stipulation and for good cause showing, the deadline for filing dispositional documents is continued 45 days to June 29, 2023.

IT IS SO ORDERED.

Dated:  May 8, 2023    /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE