KIMBERLI C. ZAZZI (SBN: 249638)
kimberli@lemonlawpro.com
LEMON LAW PRO
1098 Melody Lane, Building 200
Roseville, CA 95678
Tel.: (916) 836-8565
Fax: (916) 836-8583

Attorneys for Plaintiff
JON F BLOHM

SPENCER P. HUGRET (SBN 240424)
shugret@grsm.com
LINDA L. NUSSER (SBN: 132154)
lnusser@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON F BLOHM,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-CV-00332-DJC-CKD<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: January 18, 2023<br>Trial Date:　　None<br>Judge:　　Hon. Daniel J. Calabretta |

　　　Plaintiff Jon F Blohm and Defendant Ford Motor Company (collectively "the Parties") entered into a Stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Ruled of Civil Procedure.

　　　By the Stipulation, the Parties agreed that the above-captioned action is dismissed with prejudice in its entirety.

-1-

**ORDER GRANTING DISMISSAL WITH PREJUDICE**

Therefore, good cause having been shown and the Parties having stipulated to same, the Court hereby makes the following order:

IT IS ORDERED THAT:

1. This entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and in accordance with the terms of the Parties' written settlement agreement.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  June 13, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE